UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERMAINE PAUL CROWLEY | CIVIL ACTION |
| VERSUS | NUMBER: 16-13526 |
| ASST. WARDEN LT. FINN, ET AL. | SECTION: "J"(5) |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

IT IS ORDERED that Plaintiff's complaint is dismissed with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this 8th day of September, 2016.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE